```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

BADGER CAPITAL, LLC; S. BRADLEY DANIELS;
JAY and KAREN GARNETT; GWE HOLDINGS, LLC;
TERRY HARPER; LR HOLDINGS, LLC; DAVID MIX;
POWELL PROPERTIES, LLC; JAMES RENNER;
SCOTT SMITH; ARTHUR STARR; and
JAMES and LAURA STILWELL                                    PLAINTIFFS

              v.            Civil No. 08-5141

CHAMBERS BANK OF NORTH ARKANSAS;
JOHN RUSSELL MEEKS, Individually and as
Agent for CHAMBERS BANK OF NORTH ARKANSAS
and as Agent for NORTHARK HOLDINGS, LLC;
JOHN DOE I, Individually and as Agent for
CHAMBERS BANK OF NORTH ARKANSAS;
JOHN DOE II, Individually and as Agent for
CHAMBERS BANK OF NORTH ARKANSAS;
GROWTH GROUP, LLC -- FLORIDA;
GROWTH GROUP, LLC -- ARKANSAS;
EDWARD DAVIS, RICK HANCOCK, MORGAN HOOKER,
and MITCHELL MASSEY, each Individually and
as Agents for GROWTH GROUP, LLC -- FLORIDA
and GROWTH GROUP, LLC -- ARKANSAS;
GROWTH VENTURES, LLC;
MITCHELL MASSEY and DIRK VAN VEEN, each
Individually and as Agents for GROWTH VENTURES, LLC;
HERITAGE COAST PROPERTIES, LLC;
BRUCE MILLENDER, Individually and as Agent for
HERITAGE COAST PROPERTIES, LLC;
STRATEGIC BUILDERS, LLC;
MORGAN HOOKER, MITCHELL MASSEY and RICK HANCOCK,
Individually and as Agents for STRATEGIC BUILDERS, LLC;
WATERING PLACE, LLC;
J.Y. MASSEY, Individually and as Agent
for WATERING PLACE, LLC;
ZON HOLDINGS, LLC;
DIRK VAN VEEN, Individually and as Agent
for ZON HOLDINGS, LLC                                       DEFENDANTS

                            <u>JUDGMENT</u>

     On the 27th day of July, 2010, the captioned case came on for

trial.  Twelve jurors were empaneled and heard the testimony of the witnesses and received documentary evidence.

Midway of trial, plaintiffs moved to dismiss their claims against separate defendants Bruce Millender and Heritage Coast Properties, L.L.C., with prejudice, which motion was granted *ore tenus*.

At the conclusion of the evidence, having been instructed by the Court and having heard the arguments of counsel, the jury retired to deliberate, and returned a verdict on August 6, 2010, in favor of separate defendants Chambers Bank of North Arkansas and John Russell Meeks.

**IT IS THEREFORE ORDERED** that plaintiffs' claims against separate defendants Bruce Millender and Heritage Coast Properties, L.L.C., are dismissed with prejudice.

**IT IS FURTHER ORDERED** that plaintiffs recover nothing on their claims against separate defendants Chambers Bank of North Arkansas and John Russell Meeks, and those claims are dismissed with prejudice.

**IT IS SO ORDERED**, this 11th day of August, 2010.

                                                              /s/ Jimm Larry Hendren
                                                              **JIMM LARRY HENDREN**
                                                              **UNITED STATES DISTRICT JUDGE**